United States District Court
Southern District of Texas
**ENTERED**
November 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NOE LAURO HERNANDEZ and CELINA HERNANDEZ, d/b/a H & H FARMS, <br><br> Plaintiff, <br><br> VS. <br><br> COSTA ORO LLC, A TEXAS CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 7:18-cv-00292 |

## ORDER

The Court now considers the parties' "Joint Dismissal with Prejudice."[1] The parties stipulate to dismissal of Plaintiff's claims and Defendant's counterclaims with prejudice.[2] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[3] the parties have effectively dismissed the case and no further action by this Court is necessary. All deadlines and conferences in this case are **CANCELLED**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 30th day of November 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 42.
[2] *Id.*
[3] *Id.*